**JULIE R. PATTEN**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:    (406) 657-6989
E-mail: Julia.Patten@usdoj.gov

FILED
JUL 17 2025
Clerk, US District Court
District of Montana - Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-90-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE METHAMPHETAMINE (Count 1) |
| TORY LEIGH SNEDIGAR and JERRY ROY JACOBS, | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| Defendants. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |
| | CRIMINAL FORFEITURE 21 U.S.C. §§ 853(a)(1) and (2) 21 U.S.C. § 881(a)(11) |

|  | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in and about December 2023, and continuing until in or through January 6, 2024, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, TORY LEIGH SNEDIGAR and JERRY RAY JACOBS, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That beginning in and about December 2023, and continuing until in or through January 6, 2024, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendants, TORY LEIGH SNEDIGAR and JERRY RAY JACOBS, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in counts 1 or 2 of this indictment, the defendants, TORY LEIGH SNEDIGAR and JERRY RAY JACOBS, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney